**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FILED**

AUG 1 6 2024

CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ *KJN* _____
DEPUTY

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, | § § § |
| Plaintiff, | § § |
| v. | § § |
| BRENDA HALE, TABITHA KEEL, BRIAN MCDONALD, KARA MCDONALD, OWEN MCDONALD III, RUSSELL MCDONALD, and MARGARET S. WOOD, | § § § § § § |
| Defendants. | § § |

Case No. 5:24-cv-00799-XR

## AMENDED COMPLAINT IN INTERPLEADER

Plaintiff Woodmen of the World Life Insurance Society respectfully submits its Amended Complaint in Interpleader against Defendants Brenda Hale, Tabitha Keel, Brian McDonald, Kara McDonald, Owen McDonald III, Russell McDonald, and Margaret S. Wood, as follows:

## PARTIES

1.     Woodmen of the World Life Insurance Society ("Woodmen Life") is a fraternal benefit society incorporated in Nebraska with its principal place of business in Omaha, Nebraska. Woodmen Life is a citizen of Nebraska within the meaning and intent of 28 U.S.C. § 1332.

2.     Upon information and belief, Defendant Brenda Hale is an individual residing in Hopkinsville, Kentucky. Brenda is a citizen of Kentucky within the meaning and intent of 28 U.S.C. § 1332. Brenda was served with the Summons and Complaint [Doc 1] on August 2, 2024. *See* Proof of Service [Doc 7].

3.      Upon information and belief, Defendant Tabitha Keel is an individual residing in Hopkinsville, Kentucky. Tabitha is a citizen of Kentucky within the meaning and intent of 28 U.S.C. § 1332.

4.      Upon information and belief, Defendant Brian McDonald is an individual residing in Huntsville, Texas. Brian is a citizen of Texas within the meaning and intent of 28 U.S.C. § 1332. Brian was served with the Summons and Complaint [Doc 1] on August 9, 2024.

5.      Upon information and belief, Defendant Kara McDonald is an individual residing in Hopkinsville, Kentucky. Kara is a citizen of Kentucky within the meaning and intent of 28 U.S.C. § 1332. Kara was served with the Summons and Complaint [Doc 1] on August 2, 2024. *See* Proof of Service [Doc 9].

6.      Upon information and belief, Defendant Owen McDonald III is an individual residing in Suwanee, Georgia. Owen is a citizen of Georgia within the meaning and intent of 28 U.S.C. § 1332.

7.      Upon information and belief, Defendant Russell McDonald is an individual residing in Hopkinsville, Kentucky. Russell is a citizen of Kentucky within the meaning and intent of 28 U.S.C. § 1332. Russell was served with the Summons and Complaint [Doc 1] on August 2, 2024. *See* Proof of Service [Doc 8].

8.      Upon information and belief, Defendant Margaret S. Wood is an individual residing in San Antonio, Texas. Margaret is a citizen of Texas within the meaning and intent of 28 U.S.C. § 1332. Margaret was served with the Summons and Complaint [Doc 1] on August 5, 2024. *See* Proof of Service [Doc 10].

## JURISDICTION AND VENUE

9.      This Court has original jurisdiction under 28 U.S.C. § 1335 because the

interpleader fund exceeds $500.00 and two or more adverse claimants are of diverse citizenship, as set forth above.

10.    Venue is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in this District and at least one Defendant resides in this District and is subject to this Court's personal jurisdiction. 28 U.S.C. § 1391(b)(2)–(3).

## FACTUAL BACKGROUND

11.    Woodmen Life issued term life insurance certificate no. 6192445 on November 25, 2002 (the "Certificate"), insuring Anna Marie McDonald (the "Decedent"). A specimen of the Certificate is attached hereto as Exhibit 1.[1]

12.    The Certificate provides a death benefit of $25,000.00 (the "Death Benefit").

13.    In the application for the Certificate, the Decedent designated her spouse, Owen C. McDonald, as the primary beneficiary per stirpes.

14.    In the application for the Certificate, Decedent designated Margaret S. Backlund n/k/a Margaret S. Wood ("Margaret") as the alternate beneficiary.

15.    The Decedent died on February 9, 2024.

16.    The Decedent made no changes to the Certificate beneficiary designations prior to her death.

17.    Upon information and belief, Mr. McDonald died on January 30, 2021.

18.    Upon information and belief, Mr. McDonald's surviving heirs are Brenda Hale, Tabitha Keel, Brian McDonald, Kara McDonald, Owen McDonald III, and Russell McDonald.

---

[1] Sensitive, personal information within the exhibit has been redacted. Woodmen Life will provide unredacted copies to the Court, if requested.

19.     Following the Decedent's death, Woodmen Life received competing and adverse claims to the Death Benefit.

20.     Specifically, Margaret contacted Woodmen Life to contest the beneficiary designation under the Certificate and assert a claim to the Death Benefit, claiming entitlement to the Death Benefit based on Mr. McDonald's prior passing and her status as alternate beneficiary.

21.     The Defendants have not resolved their competing claims to the Certificate's Death Benefit.

22.     Woodmen Life is unable to pay the Death Benefit due to the multiple adverse, competing claims. Woodmen Life therefore seeks the present interpleader relief to protect itself against the possibility of exposure to multiple liability for the Death Benefit.

<div align="center">

**COUNT I – INTERPLEADER**

</div>

23.     Woodmen Life incorporates herein by reference each of its allegations contained in the preceding paragraphs.

24.     Woodmen Life is an innocent and disinterested stakeholder seeking to interplead funds into the Court's registry to resolve adverse and conflicting claims and potential rights to the Death Benefit.

25.     There is presently an actual, justiciable controversy among the Defendants as to who is entitled to the Death Benefit.

26.     Unless these rival claims to the Death Benefit are resolved in a single proceeding pursuant to an appropriate court order, Woodmen Life is subject to multiple litigation and is at a substantial risk of suffering double liability and/or inconsistent rulings as to its liability for the Death Benefit.

27.     Woodmen Life neither has, nor claims, any interest in the Death Benefit, which

Woodmen Life has, at all times, been willing to deliver to the person or persons entitled to same.

28.     Woodmen Life has in no way colluded with any of the parties named herein concerning the matters of this case. Woodmen Life files this Complaint in Interpleader of its own free will to avoid multiple liability and unnecessary suits and costs.

29.     Woodmen Life has not unreasonably delayed the filing of this action for interpleader.

30.     Woodmen Life unconditionally offers to and is ready to deposit the Death Benefit into the registry of the Court.

31.     Woodmen Life alleges that it is entitled to interpleader relief pursuant to 28 U.S.C. §§ 1335 and 2361.

## **PRAYER**

WHEREFORE, Woodmen of the World Life Insurance Society respectfully requests that the Court enter an Order:

(a)     permitting Woodmen Life to deposit into the Court's registry the Death Benefit, plus any applicable interest, within thirty days of the Court's Order;

(b)     enjoining and restraining Defendants, or any other claimant, from instituting or maintaining any additional action against Woodmen Life relating to the Certificate or the Death Benefit;

(c)     discharging Woodmen Life from any and all liability with respect to the Certificate and the Death Benefit, upon deposit of the Death Benefit, plus any applicable interest, into the Court's registry;

(d)     dismissing Woodmen Life from this action with prejudice; and

(e)     granting Woodmen Life all other relief that the Court deems just and proper.

Dated: August 15, 2024                         Respectfully submitted,

                                               MCDOWELL HETHERINGTON LLP

                                               By: _/s/ Amy B. Boyea_____

Amy B. Boyea
Texas Bar No. 24026910
E-mail: Amy.Boyea@mhllp.com
Janie Rios
Texas Bar No. 24126600
E-mail: Janie.Rios@mhllp.com
1000 Ballpark Way, Suite 209
Arlington, TX 76011
Telephone: (817) 635-7300
Facsimile:  (817) 635-7308

*Attorneys for Plaintiff Woodmen of the World
Life Insurance Society*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2024, a true and correct copy of the foregoing was served on the following parties by US Mail:

Brenda Hale
9454 Ft. Campbell Blvd.
Hopkinsville, KY 42240

Russell McDonald
1107 W 15th Street
Hopkinsville, KY 42240

Brian McDonald
5120A FM 1374
Huntsville, TX 77340

Margaret S. Wood
3410 Marlark Pass
San Antonio, TX 78261
msmagpiehot@gmail.com

Kara McDonald
603 Mill Spring Ct.
Hopkinsville, KY 42240

*/s/ Janie Rios*
Janie Rios

# EXHIBIT 1

WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY
HOME OFFICE - OMAHA, NEBRASKA

MEMBER: ANNA MARIE MC DONALD             November 25, 2002          CERTIFICATE: 6192445

NOTIFICATION OF CHANGE IN APPLICATION AND/OR COVERAGE APPLIED FOR

To the applicant:  A change has been made to your application and/or coverage that you
applied for.  Please see the item(s) below.


   1. This will serve as your notice of lodge assignment. You have been assigned to
      Lodge 4647 in Madisonville, TX. Your monthly fraternal dues for that lodge are
      $1.50. According to Woodmen's records, this lodge is the closest active lodge
      nearest to your home address as provided on your application. You have the
      right to transfer your membership to another lodge of your choice. To transfer
      your membership, a lodge transfer card must be completed, signed and returned
      to the home office. You can obtain a lodge transfer card from your field
      representative.


This page is only a notification of a change to the above certificate.  It does not
have to be returned to the Home Office.  If the above changes are not acceptable,
please notify the Home Office in writing.

E6

6192445

# Have a complaint or need help?

If you have a problem with a claim or your premium, call your insurance company or HMO first. If you can't work out the issue, the Texas Department of Insurance may be able to help.

Even if you file a complaint with the Texas Department of Insurance, you should also file a complaint through your insurance company or HMO. If you don't, you may lose your right to appeal.

**Woodmen of the World Life Insurance Society**
To get information or file a complaint with your insurance company or HMO:
> **Call: WoodmenLife Customer Service**
> **Toll-free: 1-800-225-3108**
> Email: legal_mailbox@woodmen.org
> Mail: 1700 Farnam Street, Omaha, NE 68102

**The Texas Department of Insurance**
To get help with an insurance question or file a complaint with the state:
> Call with a question: 1-800-252-3439
> File a complaint: www.tdi.texas.gov
> Email: ConsumerProtection@tdi.texas.gov
> Mail: MC 111-1A, P.O. Box 149091, Austin, TX 78714-9091

# ¿Tiene una queja o necesita ayuda?

Si tiene un problema con una reclamación o con su prima de seguro, llame primero a su compañía de seguros o HMO. Si no puede resolver el problema, es possible que el Departamento de Seguros de Texas (Texas Department of Insurance, por su nombre en inglés) pueda ayudar.

Aun si usted presenta una queja ante el Departamento de Seguros de Texas, también debe presentar una queja a través del proceso de quejas o de apelaciones de su compañía de seguros o HMO. Si no lo hace, podría perder su derecho para apelar.

**Woodmen of the World Life Insurance Society**
Para obtener información o para presentar una queja ante su compañía de seguros o HMO:
> **Llame a: WoodmenLife Customer Service**
> **Teléfono gratuito: 1-800-225-3108**
> Correo electrónico: legal_mailbox@woodmen.org
> Dirección postal: 1700 Farnam Street, Omaha, NE 68102

**El Departamento de Seguros de Texas**
Para obtener ayuda con una pregunta relacionada con los seguros o para presentar una queja ante el estado:
> Llame con sus preguntas al: 1-800-252-3439
> Presente una queja en: www.tdi.texas.gov
> Correo electrónico: ConsumerProtection@tdi.texas.gov
> Dirección postal: MC 111-1A, P.O. Box 149091, Austin, TX 78714-9091

**Form 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**



The Organization agrees to provide the benefits described in this certificate and has caused it to be signed by its President and Secretary at Omaha, Nebraska, on its date of issue.

*John L. Sharp*
Secretary

*Denise M. McCauley*
President

8007R R-10/23                                                                    Woodmen of the World Life Insurance Society

## TABLE OF CONTENTS

### PART 1 – CERTIFICATE BENEFITS

Life Insurance Benefit ..................... Page 4
Proceeds at Death ......................... Page 4
Proceeds at Maturity ...................... Page 4

Face Amount Changes ................... Page 4
Refunds ................................. Page 5
Loans ................................... Page 5

### PART 2 – THE CONTRACT

Contract ................................. Page 6
Modification ............................. Page 6
Dates ................................... Page 6

Statements in the Application ............. Page 6
Incontestability ......................... Page 6
Applicable State Law ..................... Page 6

### PART 3 – PREMIUMS

Premiums ............................... Page 7
Planned Premiums ....................... Page 7

Additional Premiums ..................... Page 7
Grace Period ........................... Page 7

### PART 4 – TERMINATION, REINSTATEMENT, SURRENDER, AND CONTINUATION

Termination ............................. Page 7
Reinstatement ........................... Page 8
Surrender Value ......................... Page 8

Surrender Charge ....................... Page 8
Partial Surrender ....................... Page 8
Continuation ........................... Page 9

### PART 5 – GENERAL PROVISIONS

Misstatement of Age or Sex ............... Page 9
Suicide Exclusion Period ................. Page 9
Transfer To Adult Membership ............. Page 9
Right To Continue Certificate If
Separated From Membership ............... Page 9

Settlement, Beneficiary and Control ........ Page 10
Settlement Options ...................... Page 10
Basis For Settlement Options ............. Page 11
Annual Report and Illustrations ............ Page 11

### PART 6 – TECHNICAL PROVISIONS

Cash Values ............................ Page 11
Monthly Deduction ....................... Page 12
Interest Rate ........................... Page 12
Cost of Insurance ....................... Page 12
Maximum Cash Value .................... Page 12

Reserves ............................... Page 13
Basis of Reserves and Cash Values ........ Page 13
Minimum Settlement Option Monthly
Benefits ............................... Page 14

Riders and amendments, if any, and a copy of the certificate application are attached following Page 14.

This is a legal contract between the member and Woodmen. **READ YOUR CERTIFICATE CAREFULLY.**

**TEN DAY RIGHT TO EXAMINE CERTIFICATE:** All premiums paid will be returned if the member wants to cancel this certificate within ten days from the date it is received. To cancel the certificate, give it to the Woodmen representative who delivered it or send it to the Home Office of the Society at 1700 Farnam Street, Omaha, Nebraska 68102.

```
ISSUE DATE   November 25, 2002            TOTAL ANNUAL PLANNED
                                             PREMIUM AND DUES    $ 866.04
CERTIFICATE NUMBER  6192445

MEMBER  ANNA MARIE MC DONALD

SEX  Female    AGE 61
                                          FACE AMOUNT
CERTIFICATE                               25,000 includes cash value
RIDERS  CONTROL ENDORSEMENT
        LIVING CARE ACCELERATED BENEFIT
        SETTLEMENT OPTION ENDORSEMENT
```

**FLEXIBLE LIFE INSURANCE CERTIFICATE – DEATH BENEFIT PAYABLE AT
DEATH PRIOR TO MATURITY DATE – CASH VALUE PAYABLE ON MATURITY DATE
FLEXIBLE PREMIUMS PAYABLE DURING LIFETIME OF MEMBER UNTIL
THE MATURITY DATE – PARTICIPATING – ANNUAL REFUNDS**

**Page 1**

## CERTIFICATE INFORMATION

**ISSUE DATE** November 25, 2002          **MAXIMUM INITIAL SURRENDER CHARGE** $ 625.00

**CERTIFICATE NUMBER** 6192445          **ANNUAL PLANNED PREMIUM**    $ 848.04

**MEMBER** ANNA MARIE MC DONALD          **ANNUAL DUES**        18.00

**SEX** Female     **AGE** 61          **RATING CLASS**    Standard/Tobacco

**LODGE NUMBER** 4647  Texas          **RATING CLASS FACTOR** 1.00

**CERTIFICATE DATE** December 1, 2002          **MATURITY DATE**     December 1, 2037

**FACE AMOUNT OF INSURANCE**   $ 25,000 includes Cash Value


   THE MATURITY DATE IS THE CERTIFICATE ANNIVERSARY AFTER THE NINETY-SIXTH
BIRTHDAY OF THE MEMBER.  BASED ON THE PLANNED ANNUAL PREMIUM, THE GUARANTEED
INTEREST RATE AND THE GUARANTEED MAXIMUM MORTALITY RATES, COVERAGE MAY
EXPIRE PRIOR TO THE MATURITY DATE.  COVERAGE MAY EXPIRE PRIOR TO THE MATURI-
TY DATE IF NO PREMIUMS ARE PAID AFTER THE INITIAL PREMIUM OR IF SUBSEQUENT
PREMIUMS ARE INSUFFICIENT TO CONTINUE COVERAGE TO SUCH DATE.

### CERTIFICATE VALUES

| FIRST DAY OF DECEMBER | END OF CERTIFICATE YEAR | ATTAINED AGE | SURRENDER VALUE |
|---|---|---|---|
| 2003 | 1 | 62 | .00 |
| 2004 | 2 | 63 | 311.17 |
| 2005 | 3 | 64 | 801.20 |
| 2006 | 4 | 65 | 1,276.94 |
| 2007 | 5 | 66 | 1,736.77 |
| 2008 | 6 | 67 | 2,180.50 |
| 2009 | 7 | 68 | 2,609.91 |
| 2010 | 8 | 69 | 3,024.95 |
| 2011 | 9 | 70 | 3,422.51 |
| 2012 | 10 | 71 | 3,795.11 |
| 2013 | 11 | 72 | 4,129.27 |
| 2014 | 12 | 73 | 4,409.87 |
| 2015 | 13 | 74 | 4,619.97 |
| 2016 | 14 | 75 | 4,742.31 |
| 2017 | 15 | 76 | 4,760.07 |
| 2018 | 16 | 77 | 4,613.80 |
| 2019 | 17 | 78 | 4,325.17 |
| 2020 | 18 | 79 | 3,867.15 |
| 2021 | 19 | 80 | 3,200.79 |
| 2022 | 20 | 81 | 2,270.22 |

The above values are based on the annual planned premium, the cost of insurance rates on
page 3 and 4% interest. The values assume no loans, no partial surrenders, and no refunds.

## COST OF INSURANCE RATES PER $1,000

| ATTAINED AGE | RATING FACTOR | MONTHLY RATE | ATTAINED AGE | RATING FACTOR | MONTHLY RATE |
|---|---|---|---|---|---|
| 61 | 1.00 | 1.1632 | 79 | 1.00 | 6.2710 |
| 62 | 1.00 | 1.2654 | 80 | 1.00 | 6.9226 |
| 63 | 1.00 | 1.3897 | 81 | 1.00 | 7.6677 |
| 64 | 1.00 | 1.5286 | 82 | 1.00 | 8.5225 |
| 65 | 1.00 | 1.6754 | 83 | 1.00 | 9.5196 |
| 66 | 1.00 | 1.8249 | 84 | 1.00 | 10.6131 |
| 67 | 1.00 | 1.9695 | 85 | 1.00 | 11.7893 |
| 68 | 1.00 | 2.1161 | 86 | 1.00 | 13.0418 |
| 69 | 1.00 | 2.2758 | 87 | 1.00 | 14.3609 |
| 70 | 1.00 | 2.4648 | 88 | 1.00 | 15.7562 |
| 71 | 1.00 | 2.7049 | 89 | 1.00 | 17.2301 |
| 72 | 1.00 | 2.9998 | 90 | 1.00 | 18.8930 |
| 73 | 1.00 | 3.3519 | 91 | 1.00 | 20.7186 |
| 74 | 1.00 | 3.7549 | 92 | 1.00 | 22.7883 |
| 75 | 1.00 | 4.1972 | 93 | 1.00 | 25.2821 |
| 76 | 1.00 | 4.6698 | 94 | 1.00 | 28.7360 |
| 77 | 1.00 | 5.1659 | 95 | 1.00 | 34.1581 |
| 78 | 1.00 | 5.6933 |  |  |  |

Attained age means age on last certificate anniversary.

## PART 1 – CERTIFICATE BENEFITS

### LIFE INSURANCE BENEFIT

Woodmen will pay the death proceeds to the beneficiary if the member dies while this certificate is in force, subject to the terms of this certificate.

### PROCEEDS AT DEATH

The proceeds at death of the member will be:

- The death benefit then in force;  plus
- Any post–mortem refund;  plus
- Any refunds on deposit with interest;  plus
- Any premium received after the date of death;  less
- Any debt with interest secured by this certificate;  less
- Any monthly deductions due if death occurs during the grace period.

If the cash value is included in the face amount, the death benefit will be the face amount on the date of death.

If the cash value is not included in the face amount, the death benefit will be:

1. The cash value on the date of death, plus
2. The face amount on the date of death.

If an optional method of payment has been elected, payment will be made under the settlement option chosen. Options are shown in PART 5, SETTLEMENT OPTIONS.

For exceptions, see PART 5, MISSTATEMENT OF AGE OR SEX and SUICIDE EXCLUSION PERIOD.

### PROCEEDS AT MATURITY

If the member survives to the maturity date and this certificate is still in force, the proceeds of this certificate will be the cash value less any debt with interest plus any refunds on deposit.  Payment will be subject to the terms of this certificate.

The proceeds may be paid in one sum if the member has so elected.

If an optional method of payment has been elected, payment will be made under the settlement option chosen. Options are shown in PART 5, SETTLEMENT OPTIONS.

### FACE AMOUNT CHANGES

Changes in the face amount will become effective on the date of Woodmen's approval of the change.  After the first certificate anniversary, the member may make the following face amount changes by written request:

1. The face amount may be decreased subject to the following:
   a. Each decrease must not be less than $5,000.
   b. The face amount after any decrease must be at least as great as the minimum permitted by Woodmen.

2. If the cash value is not included in the face amount, the member may request in writing that the certificate be changed to include the cash value in the face amount. The face amount will be increased so that the new face amount will be the death benefit as of the date the change is effective.

3. If the cash value is included in the face amount, the member may request in writing that the certificate be changed to exclude the cash value from the face amount. The face amount will be decreased so that the new face amount will equal 90% of the difference between the death benefit and the cash value as of the date the change is effective.

4. Woodmen reserves the right to limit the number of face amount changes to two per year.

## REFUNDS

One aim of Woodmen is to provide insurance to its members at low cost. Cost of insurance is affected by the following:

1. The rate at which members die.

2. Interest earned by Woodmen on its investments.

3. The rate at which members lapse or surrender their insurance.

4. The expense of doing business.

The monthly deductions and interest guarantees for this certificate include a margin in case future experience is less favorable than it now is. At the end of the first certificate year and each year thereafter, any part of this margin which is not needed will be returned as a refund.

According to the choice made by the member in the application or in a later written request, such refunds will be:

1. paid in cash, or

2. applied as additional premiums until such refunds cause the maximum cash value to be exceeded, in which event the refund amount exceeding the maximum cash value will be paid in cash, or

3. applied as additional premiums until such refunds cause the maximum cash value to be exceeded, in which event the refund amount exceeding the maximum cash value will be left with Woodmen to accumulate with interest at the rate of 3% per year or such higher rate as may be set by Woodmen, or

4. applied as additional premiums until such refunds cause the maximum cash value to be exceeded, in which event the refund amount exceeding the maximum cash value will be used to increase the face amount. The face amount increase will equal the excess refund amount divided by the maximum cash value per dollar of face amount at the attained age of the member.

Refunds will be applied as in 2 above unless another option is chosen. The accumulated amount on deposit under Option 3 may be withdrawn at any time upon written request by the member to the Home Office. Unpaid fraternal dues will be deducted from refunds unless otherwise directed by the member.

## LOANS

The member can use the surrender value as security for a cash loan.

CASH LOAN. Woodmen will loan to the member any amount up to the loan value of this certificate. The loan value is the surrender value. Written request for a loan must be made to the Home Office. Woodmen may require a loan agreement to be signed. Woodmen has the right to defer the granting of any cash loan for up to six months from the date the loan is requested.

INTEREST. Interest on a loan will be at the rate of 8% per year, compounded yearly. Any interest not paid when due will be added to the loan and bear interest at the same rate.

EFFECT OF LOANS. All loans will be a debt to Woodmen secured solely by this certificate. This certificate will lapse without value one month after the total debt secured by it equals or exceeds its loan value. However, it will not lapse until thirty–one days after Woodmen has mailed notice of lapse to the member's last known address, and to any assignee of record.

REPAYMENT OF LOANS. Loans may be repaid in full or in part at any time. Loan debt not repaid will be deducted from any benefits paid under this certificate.

## PART 2 – THE CONTRACT

### CONTRACT

The contract between the member and Woodmen consists of:

- This certificate, including endorsements, additional applications, and amendments, if any.
- The written application, a copy of which is attached to this certificate.
- The Articles of Incorporation of Woodmen.
- The Constitution and Laws of Woodmen.

The Articles of Incorporation and the Constitution and Laws and any amendments to them are binding on the member and the beneficiary but will not take away or reduce any of the benefits of this certificate.

This certificate is granted in consideration of the application and payment of the initial premium.

### MODIFICATION

No change in this certificate will be valid until approved by the President or Secretary of Woodmen. This approval must be attached to this certificate or endorsed on it. No field representative has authority to change or waive any of the provisions of this certificate.

### DATES

The date of issue and the certificate date are shown on page 2. All certificate anniversaries and planned premium reminder notices, if any, will be timed from the certificate date.

### STATEMENTS IN THE APPLICATION

Statements made by or for the member in the application are by law representations and not warranties. Only statements which are signed by the applicant and attached to this certificate can be used to contest this certificate.

### INCONTESTABILITY

This certificate will be incontestable after it has been in force while the member is alive for two years from its date of issue. If this certificate is reinstated and proof of insurability is required, it will again become contestable. Any contest will be limited to written statements made to gain reinstatement. After the certificate has been in force for two years while the member is alive following reinstatement, it will be incontestable. See PART 4, REINSTATEMENT.

### APPLICABLE STATE LAW

The terms of this certificate will be governed by the laws of the state where it is delivered.

## PART 3 – PREMIUMS

### PREMIUMS

"Premium" means a payment for the member's insurance and is to be paid along with fraternal dues. Fraternal dues will be sent by Woodmen to the lodge where membership is held. See PART 5, RIGHT TO CONTINUE IF SEPARATED FROM MEMBERSHIP.

The initial premium is payable at the Home Office or to an authorized Woodmen representative. All other premiums are payable at the Home Office. A receipt signed by an officer of Woodmen will be sent on request.

### PLANNED PREMIUMS

The planned premium shown on page 2 is the premium chosen by the member at the time of application. Woodmen will send payment reminder notices to the member on written request. The notices may be sent annually, semi–annually, or quarterly. Woodmen will also arrange for payment of planned premiums by Preauthorized Collection. In this case, no reminder notice will be sent.

Changes in frequency and increases or decreases in the amount of planned premium payments may be made by the member. Woodmen reserves the right to limit the amount of any payment or increase.

If the member stops premium payments, this certificate may terminate before the maturity date. See PART 4, CONTINUATION.

### ADDITIONAL PREMIUMS

Additional premium payments may be made by the member while the certificate is in force. Woodmen reserves the right to limit the number and amount of additional premium payments.

### GRACE PERIOD

If the cash value less any indebtedness is not sufficient to cover the surrender charge and the monthly deduction for the coming month, a grace period of 60 days will be given for the payment of enough premium to cover the surrender charge and the monthly deduction. If the premium is not paid, this certificate will terminate on the later of 1) 60 days, or 2) 31 days after notice of termination is sent to the last known address for the member, and any refunds on deposit with Woodmen will be returned to the member. This certificate will remain in force during this grace period. If the member dies within the grace period, any monthly deduction due that remains unpaid will be deducted from the death benefit.

## PART 4 – TERMINATION, REINSTATEMENT, SURRENDER, AND CONTINUATION

### TERMINATION

This certificate will terminate when one of the following occurs:

1. Woodmen receives written request for surrender;
2. The member dies;
3. The maturity date is reached;
4. The grace period ends without the required premium being paid.

## REINSTATEMENT

This certificate may be reinstated within three years after the end of the grace period while the member is living. Reinstatements take effect and coverage commences on the day they are approved at the Home Office. Reinstatements are subject to the following:

1. A premium sufficient to keep the certificate in force at least one month following the date of reinstatement, plus the monthly deductions for the grace period with interest at 6% per year, compounded annually, from the due date, must be paid.

2. If payment is made more than fifteen days after the end of the grace period, Woodmen may require proof, at the member's expense, that the member is insurable.

3. Any certificate loan existing at the end of the grace period must be either repaid or reinstated. Certificate loans will not accrue interest from the end of the grace period to the date of reinstatement. The surrender value on the date of reinstatement will be equal to the surrender value at the end of the grace period.

## SURRENDER VALUE

Woodmen will pay the surrender value of this certificate, plus any refunds on deposit with Woodmen, to the member after receipt of this certificate and written request for surrender at the Home Office. The surrender value is the cash value less any debt with interest, and less any surrender charge. Woodmen reserves the right to defer the payment of the surrender value for not more than six months after receipt of a written request for surrender. Unless a settlement option is chosen, the surrender value will be paid in one sum.

## SURRENDER CHARGE

A surrender charge will be deducted from the available cash value if this certificate is surrendered before 180 monthly deductions have been made.

The surrender charge will be the lesser of the maximum surrender charge or the available cash value, but not less than the minimum surrender charge. The maximum initial surrender charge is shown on page 2 of this certificate. The maximum surrender charge decreases by an equal amount each month reaching zero after 180 monthly deductions have been made. The minimum initial surrender charge is zero and increases by an equal amount each month until it reaches the maximum surrender charge after 36 monthly deductions have been made. Thereafter the minimum surrender charge equals the maximum surrender charge.

## PARTIAL SURRENDER

During the lifetime of the member, this certificate may be partially surrendered by written request. The partial surrender may be any amount not to exceed the surrender value. The partial surrender amount will be deducted from the cash value.

If the cash value is included in the face amount, the partial surrender will decrease the face amount by the amount of the partial surrender. The face amount remaining in force will be subject to the minimum permitted by Woodmen.

Woodmen reserves the right to limit the number and amount of partial surrenders in a certificate year. Woodmen also reserves the right to defer payment of partial surrender amounts for not more than six months. There will not be a surrender charge on a partial surrender.

## CONTINUATION

If the planned premiums are not continued and if no additional premium payments are made, this certificate will continue in force until the earlier of:

1. the end of the grace period without the required premium being paid;  or

2. the maturity date.

On the maturity date, the proceeds will be the cash value less any debt with interest.

The face amount of this certificate may be reduced.  See PART 1, FACE AMOUNT CHANGES and PART 5, ANNUAL REPORT AND ILLUSTRATIONS.

## PART 5 – GENERAL PROVISIONS

### MISSTATEMENT OF AGE OR SEX

The age at issue on page 2 means the age of the member on the certificate date, based on the member's most recent birthday.

If age or sex has been misstated, the death benefit will be adjusted to become 1 multiplied by the result of 2 divided by 3, plus 4, where:

- "1" is the death benefit at the misstated age and sex, less the certificate's cash value.
- "2" is the cost of insurance rate for the member's attained age, based on the stated age and sex.
- "3" is the cost of insurance rate for the member's attained age, based on the correct age and sex.
- "4" is the certificate's cash value.

### SUICIDE EXCLUSION PERIOD

If the member dies by suicide while sane or insane within two years from the issue date, the certificate proceeds at death will be:

1. the premiums paid, without interest;  less

2. any debt and interest;  less

3. any partial surrenders.

### TRANSFER TO ADULT MEMBERSHIP

If the age at issue shown on page 2 is less than sixteen, the member will be transferred to an adult Woodmen lodge on reaching age sixteen.

### RIGHT TO CONTINUE CERTIFICATE IF SEPARATED FROM MEMBERSHIP

A member who is separated for cause from fraternal membership can keep this certificate in force.  This can be done by meeting the terms of PART 3, PREMIUMS.  All of the terms of this certificate will still be in force except that fraternal dues will not be required.

## SETTLEMENT, BENEFICIARY AND CONTROL

SETTLEMENT.  Proof of death or application for any other benefit provided by this certificate must be furnished to the Home Office.  This certificate must be turned in for any final settlement.  All benefits will be payable at the Home Office.  Final settlement of a death claim will be made within two months after receipt of due proof of death.

BENEFICIARY.  The beneficiary of this certificate will be as shown in the application.  The member can change the beneficiary at any time by sending a signed and dated written request to the Home Office.  When the change has been recorded at the Home Office it will take effect as of the date the request was signed.  However, such change will not apply to any action taken or payment made by Woodmen before the change is received at the Home Office.  No beneficiary will have any rights in this certificate during the life of the member.

CONTROL.

1. If the member's age is sixteen or more on the certificate date, the use of all rights of this certificate will be under the sole control of the member.

2. If the member is under age sixteen on the certificate date, the use of such rights will be:

   a. under the sole control of the applicant until the member reaches age sixteen.

   b. under the joint control of the applicant and the member between the member's ages sixteen and twenty-one.

   c. under the sole control of the member after reaching age twenty-one.

## SETTLEMENT OPTIONS  (See page 14 for Minimum Settlement Option Monthly Benefits)

The certificate proceeds at death or the surrender value of this certificate may be made payable in accordance with one of the options shown below, instead of in one sum.

ELECTION OF OPTION.  Election of an option may be made by the member or, if the member makes no election, by the beneficiary after the death of the member.  Notice of an election must be made in writing to the Home Office.  The elected option will take effect on the date it was signed, but subject to any action taken by Woodmen before receipt of such election at the Home Office.

If the payee is other than a natural person, no option may be elected without Woodmen's written consent.

If, under any option, the amount to be held by Woodmen is less than $1000, or any periodic payment would be less than $25, Woodmen may make payment in one sum.

CONDITIONS OF SETTLEMENT OPTIONS.  On the death of any payee, the balance of the installments under Options 1 and 3, or in the fixed period of Option 2A, will be discounted at the rate of interest shown in the settlement option contract.  This result will be paid in one sum to the estate of the payee unless other provision has been made with Woodmen.

Most settlement option contracts will have monthly payments, but other intervals may be elected such as each three, six, or twelve months.

OPTION 1.  FIXED PERIOD.  An amount will be paid each month for a period of from one to thirty years.  The amount of each payment will be fixed at the time the settlement option contract is granted, based on the rate of interest then being guaranteed.

OPTION 2A.  LIFE ANNUITY.  An amount will be paid each month for a fixed number of years and after that for as long as the payee lives.  The fixed period may be ten, fifteen, or twenty years.

OPTION 2B.  OPTIONAL ANNUITIES.  An amount will be paid each month under one of these plans:

1. For as long as the payee lives.

2. For as long as either of two joint payees is alive.

3. For as long as both of two joint payees are alive, and then at the rate of two–thirds of the monthly amount for as long as the survivor lives.

OPTION 3.  FIXED AMOUNT.  A fixed amount will be paid each month until the fund held under this option, together with interest on the unpaid balance, is exhausted.

OPTION 4.  HELD AT INTEREST.  Left with Woodmen with interest on the balance to be paid monthly or accumulated, as chosen.

### BASIS FOR SETTLEMENT OPTIONS

The rate of interest for Options 1 and 3 will not be less than 3.5% per year, compounded yearly.  Options 2A and 2B will be based on the 1983 Table "a" Mortality Table with interest at the rate of 3.5% per year, compounded yearly. Under these options, the amount of each payment will depend on the sex and adjusted age of the member and the spouse where applicable.  The adjusted age will be based on the actual age last birthday at the time the first payment is due, as follows:

| Calendar Year of Birth | Adjusted Age |
|---|---|
| Before 1910 | Actual age decreased by 1 |
| 1910 – 1929 | Actual age decreased by 2 |
| 1930 – 1949 | Actual age decreased by 3 |
| 1950 – 1969 | Actual age decreased by 4 |
| 1970 – 1989 | Actual age decreased by 5 |
| 1990 & up | Actual age decreased by 6 |

### ANNUAL REPORT AND ILLUSTRATIONS

Each year a report will be sent to the member.  It will show the cash value as of the last report, premiums paid, refunds paid, interest credited, charges made since the last report, the current cash value and the current surrender value.  Also shown will be any partial surrenders made since the last report, and outstanding certificate loans.  If it is known, based on guaranteed assumptions and no further premium payments, that the member's certificate will terminate before the next annual report, a notice to that effect will be given on the report.

An illustration of future certificate values is available at the member's request.  At the time of the request, the member may specify an amount of premium to be used in the illustration.  If no premium is specified, the most recent planned premium will be used.  Illustrations will show values based on the then current scale of refunds, and also on no refunds.  Woodmen reserves the right to charge a fee for this illustration.  The fee will not exceed $5.00 per illustration.

### PART 6 – TECHNICAL PROVISIONS

### CASH VALUES

At the end of each month, the cash value will be:

1. the cash value at the end of the preceding month;  plus

2. all premiums received since the end of the preceding month;  less

3. all partial surrenders made during the month;  plus

4. one month's interest on the average daily cash value during the month;  less

5. the monthly deduction for the current month.

On any other day, the cash value will be:

1. the cash value at the end of the preceding month;  plus

2. all premiums received since the end of the preceding month;  less

3. all partial surrenders made since the beginning of the month.

Premiums received after the date of death will not be included in the cash value calculation.  See PART 1, PROCEEDS AT DEATH.

## MONTHLY DEDUCTION

If the cash value at the beginning of the current month is less than the maximum cash value, the monthly deduction for the current month shall be the cost of insurance for the current face amount, plus the cost of insurance for any riders, plus $3.

If the cash value at the beginning of the current month is equal to the maximum cash value, the monthly deduction for the current month shall be the cost of insurance for the current face amount plus the cost of insurance for any riders.

## INTEREST RATE

The guaranteed interest rate applied in the calculation of cash values is .010745 percent per day, compounded daily.  This is equivalent to 4.0 percent per year, compounded yearly.

## COST OF INSURANCE

The monthly cost of insurance for the face amount of this certificate is based on the COST OF INSURANCE RATES and RATING FACTORS shown on page 3.

If the cash value at the beginning of the current month is less than the maximum cash value, the monthly cost of insurance for the face amount will be calculated as the MONTHLY RATE for the member's attained age multiplied by the RATING FACTOR for the member's attained age, plus 0.00003, multiplied by the result of the death benefit at the end of the preceding month minus the cash value at the end of the preceding month.

If the cash value at the beginning of the current month is equal to the maximum cash value, the monthly cost of insurance for the face amount will be calculated as the MONTHLY RATE for the member's attained age multiplied by the RATING FACTOR for the member's attained age, multiplied by the result of the death benefit at the end of the preceding month minus the cash value at the end of the preceding month.

The monthly cost of insurance for a rider is shown in that rider.

## MAXIMUM CASH VALUE

The cash value of this certificate may not exceed the net single premium as defined by the Internal Revenue Code cash value accumulation test for life insurance contracts.  At any time this certificate has a maximum cash value, no premium payment may be made and refunds will be paid in cash, used to buy additional insurance, or left with Woodmen to accumulate with interest according to the refund option chosen by the member.  Face amount changes or rider benefits could cause the cash value to exceed the maximum.  If this happens Woodmen will make a partial surrender for such amount so the cash value will not exceed the maximum.

## RESERVES

Woodmen must by law have on hand at all times assets which are equal to the certificate reserves.  If ever there are not enough assets to equal the reserves or if the premiums for this class of certificate are not sufficient, the Board of Directors of Woodmen must act to require an extra payment.  The fair share of the total of all extra payments for each certificate will be fixed by the Board of Directors.  The share for this certificate will never be more than its share of the total reserves.

The member must pay this amount to Woodmen either:

1. in cash; or

2. by charging the amount as a debt against this certificate, with interest to be charged at the rate of 5% per year, compounded yearly; or

3. by taking an equitable reduction in benefits on this certificate; or

4. by a combination of the above.

## BASIS OF RESERVES AND CASH VALUES

All cash values for this certificate are based on the 1980 Commissioner's Standard Ordinary Smoker and Nonsmoker table of death rates and on age last birthday.  Interest is at the rate of 4% per year, compounded yearly.  Surrender values and reserves are greater than those required by the state in which this certificate is delivered.  A detailed statement of the method of computation of cash values, surrender values, and reserves has been filed with the insurance department of the state in which this certificate is delivered.

## MINIMUM SETTLEMENT OPTION MONTHLY BENEFITS

### OPTIONS 1 AND 3 MONTHLY PAYMENT FOR $1,000 OF PROCEEDS

| NUMBER OF YEARS | MONTHLY PAYMENT | NUMBER OF YEARS | MONTHLY PAYMENT | NUMBER OF YEARS | MONTHLY PAYMENT |
|---|---|---|---|---|---|
| 1 | $84.65 | 11 | $9.09 | 21 | $5.56 |
| 2 | 43.05 | 12 | 8.46 | 22 | 5.39 |
| 3 | 29.19 | 13 | 7.94 | 23 | 5.24 |
| 4 | 22.27 | 14 | 7.49 | 24 | 5.09 |
| 5 | 18.12 | 15 | 7.10 | 25 | 4.96 |
| 6 | 15.35 | 16 | 6.76 | 26 | 4.84 |
| 7 | 13.38 | 17 | 6.47 | 27 | 4.73 |
| 8 | 11.90 | 18 | 6.20 | 28 | 4.63 |
| 9 | 10.75 | 19 | 5.97 | 29 | 4.53 |
| 10 | 9.83 | 20 | 5.75 | 30 | 4.45 |

### LIFE INCOME OPTIONS MONTHLY PAYMENT FOR $1,000 OF PROCEEDS

#### CERTAIN PERIOD IN YEARS

| ADJUSTED AGE | 0 | | 10 | | 15 | | 20 | |
|---|---|---|---|---|---|---|---|---|
| | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| 55 | $5.04 | $4.58 | $4.95 | $4.54 | $4.84 | $4.49 | $4.69 | $4.41 |
| 60 | 5.64 | 5.06 | 5.48 | 4.98 | 5.28 | 4.88 | 5.01 | 4.74 |
| 65 | 6.48 | 5.71 | 6.15 | 5.56 | 5.77 | 5.37 | 5.31 | 5.09 |
| 70 | 7.66 | 6.64 | 6.96 | 6.31 | 6.26 | 5.91 | 5.54 | 5.40 |
| 75 | 9.30 | 8.01 | 7.83 | 7.24 | 6.66 | 6.44 | 5.67 | 5.62 |
| 80 | 11.63 | 10.06 | 8.64 | 8.23 | 6.92 | 6.82 | 5.73 | 5.72 |
| 85 | 14.81 | 13.13 | 9.24 | 9.03 | 7.05 | 7.01 | 5.75 | 5.75 |

### JOINT AND SURVIVOR OPTIONS

| | ADJUSTED MALE AGE | ADJUSTED FEMALE AGE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 55 | 60 | 65 | 70 | 75 | 80 | 85 |
| | 55 | $4.19 | $4.38 | $4.55 | $4.70 | $4.82 | $4.91 | $4.97 |
| | 60 | 4.30 | 4.55 | 4.81 | 5.04 | 5.25 | 5.40 | 5.50 |
| | 65 | 4.39 | 4.70 | 5.05 | 5.40 | 5.74 | 6.01 | 6.20 |
| Option 2B 2 | 70 | 4.46 | 4.82 | 5.26 | 5.75 | 6.25 | 6.72 | 7.08 |
| | 75 | 4.51 | 4.91 | 5.42 | 6.04 | 6.75 | 7.47 | 8.11 |
| | 80 | 4.54 | 4.97 | 5.53 | 6.26 | 7.17 | 8.20 | 9.22 |
| | 85 | 4.56 | 5.01 | 5.61 | 6.41 | 7.48 | 8.81 | 10.28 |

| | ADJUSTED MALE AGE | ADJUSTED FEMALE AGE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 55 | 60 | 65 | 70 | 75 | 80 | 85 |
| | 55 | $4.58 | $4.80 | $5.06 | $5.34 | $5.65 | $5.98 | $6.30 |
| | 60 | 4.78 | 5.04 | 5.35 | 5.70 | 6.09 | 6.50 | 6.89 |
| | 65 | 5.00 | 5.31 | 5.69 | 6.12 | 6.62 | 7.14 | 7.66 |
| Option 2B 3 | 70 | 5.23 | 5.60 | 6.05 | 6.59 | 7.22 | 7.92 | 8.62 |
| | 75 | 5.48 | 5.90 | 6.42 | 7.08 | 7.88 | 8.81 | 9.77 |
| | 80 | 5.72 | 6.19 | 6.79 | 7.57 | 8.56 | 9.76 | 11.08 |
| | 85 | 5.94 | 6.45 | 7.13 | 8.02 | 9.20 | 10.70 | 12.45 |

Rates for other combinations of ages, under and over those shown, for either sex are available upon request.

## ENDORSEMENT
## CONTROL

**ISSUE DATE** November 25, 2002                    **EFFECTIVE DATE** November 25, 2002

**CERTIFICATE NUMBER** 6192445

**MEMBER** ANNA MARIE MC DONALD

**SEX** Female    **AGE** 61

This is an endorsement to the above numbered certificate. It shall be attached to and become part of it.

All terms are the same except CONTROL under **SETTLEMENT, BENEFICIARY AND CONTROL** which shall be amended as follows:

CONTROL.

1. If the member's age is sixteen or more on the issue date, the ownership of this certificate will be under the sole control of the member.

2. If the member is under age sixteen on the issue date, the ownership will be:

   a. Under the sole control of the applicant until the member reaches age sixteen.

   b. Under the joint control of the applicant and the member between the member's ages sixteen and the age of majority.

   c. Under the sole control of the member after reaching the age of majority.

WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY

*Denise McCauley*

**SECRETARY**

**ENDORSEMENT**
**SETTLEMENT OPTIONS**

**ISSUE DATE** November 25, 2002                    **EFFECTIVE DATE** November 25, 2002

**CERTIFICATE NUMBER** 6192445

**MEMBER** ANNA MARIE MC DONALD

This is an endorsement to the above numbered certificate. It shall be attached to and become a part of it.

All terms are the same except those listed below.

The **BASIS FOR SETTLEMENT OPTIONS** provision shall be amended as follows:

The rate of interest for Options 1 and 3 will not be less than 3% per year, compounded yearly. Options 2A and 2B will be based on the Annuity 2000 Mortality Table with interest at the rate of 3% per year, compounded yearly. Under these options, the amount of each payment will depend on the sex and adjusted age of the member and the spouse where applicable. The adjusted age will be based on the actual age last birthday at the time the first payment is due, as follows:

| Calendar Year of birth | Adjusted Age |
|---|---|
| Before 1920 | Actual age decreased by 1 |
| 1920 - 1939 | Actual age decreased by 2 |
| 1940 - 1959 | Actual age decreased by 3 |
| 1960 - 1979 | Actual age decreased by 4 |
| 1980 - 1999 | Actual age decreased by 5 |
| 2000 & up | Actual age decreased by 6 |

The **MINIMUM SETTLEMENT OPTION MONTHLY BENEFITS** provision shall be amended as follows:

**OPTIONS 1 AND 3 MONTHLY PAYMENT FOR $1,000 OF PROCEEDS**

| NUMBER OF YEARS | MONTHLY PAYMENT | NUMBER OF YEARS | MONTHLY PAYMENT | NUMBER OF YEARS | MONTHLY PAYMENT |
|---|---|---|---|---|---|
| 10 | $9.61 | 17 | $6.23 | 24 | $4.84 |
| 11 | 8.86 | 18 | 5.96 | 25 | 4.71 |
| 12 | 8.24 | 19 | 5.73 | 26 | 4.59 |
| 13 | 7.71 | 20 | 5.51 | 27 | 4.47 |
| 14 | 7.26 | 21 | 5.32 | 28 | 4.37 |
| 15 | 6.87 | 22 | 5.15 | 29 | 4.27 |
| 16 | 6.53 | 23 | 4.99 | 30 | 4.18 |

## LIFE INCOME OPTIONS MONTHLY PAYMENT FOR $1,000 OF PROCEEDS

|  | OPTION 2B1 | | CERTAIN PERIOD IN YEARS — OPTION 2A | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | 15 | | 20 | |
| ADJUSTED AGE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| 55 | $4.51 | $4.19 | $4.45 | $4.16 | $4.38 | $4.12 | $4.27 | $4.06 |
| 60 | 5.04 | 4.64 | 4.93 | 4.58 | 4.79 | 4.51 | 4.59 | 4.39 |
| 61 | 5.16 | 4.75 | 5.05 | 4.68 | 4.88 | 4.59 | 4.66 | 4.46 |
| 62 | 5.30 | 4.86 | 5.16 | 4.79 | 4.98 | 4.68 | 4.72 | 4.53 |
| 63 | 5.45 | 4.98 | 5.29 | 4.90 | 5.08 | 4.78 | 4.79 | 4.60 |
| 64 | 5.60 | 5.11 | 5.42 | 5.01 | 5.17 | 4.88 | 4.85 | 4.67 |
| 65 | 5.77 | 5.25 | 5.55 | 5.14 | 5.27 | 4.98 | 4.91 | 4.75 |
| 66 | 5.95 | 5.40 | 5.69 | 5.26 | 5.38 | 5.08 | 4.97 | 4.82 |
| 67 | 6.14 | 5.55 | 5.84 | 5.40 | 5.48 | 5.19 | 5.03 | 4.89 |
| 68 | 6.34 | 5.73 | 5.99 | 5.55 | 5.58 | 5.30 | 5.09 | 4.95 |
| 69 | 6.55 | 5.91 | 6.15 | 5.70 | 5.68 | 5.41 | 5.14 | 5.02 |
| 70 | 6.78 | 6.11 | 6.31 | 5.86 | 5.78 | 5.53 | 5.19 | 5.08 |
| 75 | 8.18 | 7.37 | 7.16 | 6.76 | 6.24 | 6.08 | 5.37 | 5.33 |
| 80 | 10.13 | 9.23 | 8.03 | 7.76 | 6.57 | 6.50 | 5.47 | 5.45 |
| 85 | 12.84 | 12.01 | 8.75 | 8.62 | 6.76 | 6.74 | 5.50 | 5.50 |
| 90 | 16.51 | 15.91 | 9.24 | 9.18 | 6.85 | 6.84 | 5.51 | 5.51 |
| 95 | 21.45 | 20.78 | 9.51 | 9.49 | 6.87 | 6.87 | 5.51 | 5.51 |

### JOINT AND SURVIVOR OPTIONS

| ADJUSTED MALE AGE | ADJUSTED FEMALE AGE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 55 | 60 | 65 | 70 | 75 | 80 | 85 | 90 | 95 |
| 55 | $3.80 | $3.97 | $4.12 | $4.25 | $4.34 | $4.41 | $4.45 | $4.48 | $4.49 |
| 60 | 3.91 | 4.14 | 4.36 | 4.56 | 4.73 | 4.85 | 4.93 | 4.98 | 5.01 |
| 65 | 4.00 | 4.29 | 4.60 | 4.90 | 5.18 | 5.40 | 5.55 | 5.65 | 5.70 |
| Option 2B 2    70 | 4.07 | 4.41 | 4.80 | 5.23 | 5.66 | 6.04 | 6.33 | 6.52 | 6.63 |
| 75 | 4.12 | 4.49 | 4.96 | 5.51 | 6.12 | 6.72 | 7.24 | 7.60 | 7.84 |
| 80 | 4.15 | 4.55 | 5.07 | 5.73 | 6.52 | 7.40 | 8.23 | 8.90 | 9.37 |
| 85 | 4.17 | 4.59 | 5.14 | 5.88 | 6.83 | 7.99 | 9.22 | 10.33 | 11.18 |
| 90 | 4.18 | 4.61 | 5.19 | 5.98 | 7.05 | 8.44 | 10.09 | 11.74 | 13.14 |
| 95 | 4.18 | 4.62 | 5.22 | 6.04 | 7.19 | 8.76 | 10.78 | 13.01 | 15.09 |

### JOINT AND SURVIVOR OPTIONS

| ADJUSTED MALE AGE | ADJUSTED FEMALE AGE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 55 | 60 | 65 | 70 | 75 | 80 | 85 | 90 | 95 |
| 55 | $4.15 | $4.35 | $4.58 | $4.83 | $5.10 | $5.39 | $5.66 | $5.91 | $6.09 |
| 60 | 4.33 | 4.58 | 4.85 | 5.16 | 5.50 | 5.85 | 6.19 | 6.49 | 6.72 |
| 65 | 4.53 | 4.82 | 5.16 | 5.54 | 5.97 | 6.43 | 6.87 | 7.26 | 7.56 |
| Option 2B 3    70 | 4.75 | 5.09 | 5.49 | 5.97 | 6.52 | 7.12 | 7.72 | 8.25 | 8.66 |
| 75 | 4.97 | 5.35 | 5.83 | 6.42 | 7.12 | 7.91 | 8.73 | 9.47 | 10.07 |
| 80 | 5.19 | 5.62 | 6.17 | 6.86 | 7.74 | 8.77 | 9.89 | 10.95 | 11.83 |
| 85 | 5.39 | 5.87 | 6.48 | 7.29 | 8.33 | 9.63 | 11.13 | 12.63 | 13.92 |
| 90 | 5.57 | 6.08 | 6.76 | 7.66 | 8.87 | 10.44 | 12.35 | 14.38 | 16.24 |
| 95 | 5.72 | 6.27 | 7.00 | 7.98 | 9.33 | 11.15 | 13.47 | 16.10 | 18.63 |

Rates for other combinations of ages, under and over those shown, for either sex are available upon request.

WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY

*Denise McCauley*

SECRETARY

**RIDER**
**LIVING CARE ACCELERATED BENEFIT**

**ISSUE DATE** November 25, 2002                **RIDER MONTHLY COST OF INSURANCE** None

**CERTIFICATE NUMBER** 6192445

**MEMBER** ANNA MARIE MC DONALD

**SEX** Female     **AGE** 61

The above information relates to this rider only.

**BENEFITS PAID UNDER THIS RIDER MAY BE TAXABLE. IF SO, YOU AND YOUR BENEFICIARY MAY INCUR A TAX OBLIGATION. AS WITH ALL TAX MATTERS, YOU SHOULD CONSULT YOUR PERSONAL TAX ADVISOR TO ASSESS THE IMPACT OF THIS BENEFIT. BENEFITS OF THIS RIDER ARE NOT PAYABLE IF THE CERTIFICATE TO WHICH IT IS ATTACHED IS NOT IN FORCE.**

**DEATH BENEFITS, CASH VALUES AND LOAN VALUES WILL BE REDUCED IF AN ACCELERATED BENEFIT IS PAID.**

**DEFINITIONS**

AVAILABLE AMOUNT. At any point in time, the Available Amount is equal to:

* The face amount of the certificate if the cash value, as defined in the certificate, is included in the face amount; or

* The face amount plus the cash value if the cash value, as defined in the certificate, is not included in the face amount.

The Available Amount does not include any Accidental Death Benefit rider inforce under the certificate.

PHYSICIAN. A licensed, medical practitioner performing within the scope of his/her license. This person cannot be the member or a person related to the member by blood or marriage.

TERMINAL ILLNESS. A noncorrectable illness or physical condition resulting in a life expectancy of 12 months or less from the date of each claim application for the benefit. The Terminal Illness cannot be the result of a willfully self–inflicted injury.

**LIVING CARE BENEFIT**

Woodmen will pay a Living Care Benefit upon receipt of due proof, acceptable by Woodmen, that the member has been diagnosed with a Terminal Illness. The Living Care Benefit payment will be made in one lump sum.

The minimum Living Care Benefit which can be requested will be equal to:

* $50,000 or 25% of the face amount of the certificate, whichever is less.

The maximum Living Care Benefit which can be requested will be equal to:

* $250,000 or 65% of the Available Amount, whichever is less.

The actual Living Care Benefit payment will be reduced by a pro rata portion of any certificate loan and unpaid loan interest. The Available Amount and any certificate loan amount will be calculated as of the date the benefit claim application is received by the Home Office.

**EARLY PAYMENT DISCOUNT**

An early payment discount will be applied to the Living Care Benefit amount requested. The discount reflects the loss of interest as a result of the early payment of amounts held under the certificate.

At the beginning of each month, Woodmen will set the annual rate which will apply to Living Care Benefit requests received during that month. The maximum annual early payment discount rate will be 10.0%.

FORM 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              *"The Family Fraternity"*®              6192445

## ADMINISTRATIVE EXPENSE CHARGE

An administrative expense charge may be required at the time the Living Care Benefit is paid. The charge will not exceed $150.00 and will be deducted from the Living Care Benefit.

## EFFECT OF LIVING CARE BENEFIT ON CERTIFICATE

DEATH BENEFIT. Any proceeds payable upon death, as described in the certificate, will be reduced by an amount equal to the Living Care Benefit requested, before any reductions.

CERTIFICATE VALUES. Certificate values available through loans or partial surrenders will be reduced by a pro rata portion of the amount otherwise available.

Upon full surrender, a maximum Living Care Benefit will first be made, to the extent possible, if a Living Care Benefit has previously been paid. Any surrender values remaining will be reduced by a pro rata portion of the amount otherwise available.

At any point in time, such pro rata portion will be calculated as the amount otherwise available, as described in the certificate, times the amount of Living Care Benefit requested, before any reductions, divided by the Available Amount at that point.

Refunds on deposit will continue to be fully accessible once a Living Care Benefit has been paid.

PREMIUM. Once a Living Care Benefit has been paid, any regularly required monthly deductions will continue to be made. The payment of a Living Care Benefit will have no effect on the amount of any future premiums required under the certificate, if any.

If a disability waiver rider is attached to the certificate and a Living Care Benefit is paid, the member will be deemed to be Totally Disabled for the purposes of that rider. During the second year of disablement and no more than once a year after that, Woodmen may require proof that the member is still terminally ill.

STATEMENT OF COVERAGE. A statement of coverage will be sent to the member by Woodmen showing the effect of the Living Care Benefit payment on certificate benefits and other values.

## REQUIREMENTS OF DIAGNOSIS

Woodmen must be furnished with a diagnosis of Terminal Illness by a physician licensed in the United States. This includes current documentation supported by clinical, radiological, histological or laboratory evidence of the Terminal Illness. The diagnosis will be reviewed by a physician of Woodmen's choice. If conflicting opinions occur, Woodmen may require, at its expense, an additional examination by an independent medical examiner of Woodmen's choice. The opinion of the independent medical examiner will rule.

## APPLICABLE PROVISIONS

All of the terms of the certificate apply to this rider.

## TERMINATION OF BENEFIT

This rider will be in effect while the certificate is in force; however, any option to exercise benefits under this rider will cease when one of the following occurs:

1.  The certificate matures, terminates or lapses.

2.  A written request that the rider be canceled is sent to the Home Office by the owner.

WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY

*Drew McCauley*

SECRETARY

FORM 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                                                                                           6192445

ENDORSEMENT
TWENTY DAY RIGHT

ISSUE DATE November 25, 2002                                    EFFECTIVE DATE November 25, 2002

CERTIFICATE NUMBER 6192445

MEMBER ANNA MARIE MC DONALD

SEX Female        AGE  61

This is an endorsement to the above numbered certificate.  It shall be attached to and become a part of it.

The TEN DAY RIGHT TO EXAMINE CERTIFICATE provision on page 1 is hereby increased to twenty days.  The provision is amended as shown below.

TWENTY DAY RIGHT TO EXAMINE CERTIFICATE:  All premiums paid will be returned if the member wants to cancel this certificate within twenty days from the date it is received.  To cancel the certificate, give it to the Woodman representative who delivered it or send it to the Home Office of the Society at 1700 Farnam Street, Omaha, Nebraska 68102.

WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY

*Denise M. Caudey*
SECRETARY

# ENDORSEMENT
## LIMITATIONS

ISSUE DATE November 25, 2002

CERTIFICATE NUMBER 6192445

MEMBER ANNA MARIE MC DONALD

This is an endorsement to the above numbered certificate. It shall be attached to and become a part of it.

### FACE AMOUNT CHANGES
- The minimum face amount which must remain in force on this certificate is:

| ATTAINED AGE | MINIMUM FACE AMOUNT |
| --- | --- |
| 0 - 49 | $25,000 |
| 50 - 54 | $20,000 |
| 55 - 59 | $15,000 |
| 60+ | $10,000 |

- The face amount may only be changed after this certificate has been in force one year.
- The minimum amount of any face amount decrease is $5,000 for attained ages 0 to 49 years and $1,000 for attained ages 50 years and above.

### PREMIUMS
- The minimum additional premium is $25.00.
- We currently impose no maximum limitations on the amount of any payment, except that contributions will not be accepted in any amount which would cause cash surrender values of the certificate to exceed cash surrender values permitted by Section 7702 of the Internal Revenue Service Code for this life insurance certificate.
- Additional premiums on this certificate may be made as frequently as one per month.

### PARTIAL SURRENDERS
- The minimum partial surrender is $250.
- Partial surrenders on this certificate may be made as frequently as one per month.

WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY

*Diane M. Cauley*
SECRETARY

# APPLICATION FOR
# LIFE INSURANCE AND
# MEMBERSHIP

**WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY**
*A Fraternal Benefit Society* · OMAHA, NEBRASKA

CTF NO. 619 2445

## 1 PROPOSED INSURED — PART I

Street Address (Residence of Proposed Insured)
8306 Rocky Ridge Lane

| City | State | Zip | County |
|---|---|---|---|
| Madisonville | TX | 77864 | |

Mailing Address if Different from Residence (If Rural Route give Box #)

| Sex | Date of Birth | Age Now | Rating Age | Birth State | Phone # |
|---|---|---|---|---|---|
| Female | REDACTED | 61 | 61 | NY | Day ( 936 ) 348 2631  Eve ( 936 ) 348 5003 |

Name First: Anna   Middle: M   Last: McDonald   Soc. Sec. #: REDACTED

## 2 ADULT APPLICANT (Complete ONLY if Proposed Insured is age 0-15)

First ___ Middle ___ Last ___ Soc. Sec. # ___

Street Address (Residence of Adult Applicant)

City ___ State ___ Zip ___ Occupation and Duties ___

Date of Birth Mo ___ Day ___ Yr ___ Age ___ Relationship to person in #1- If legal guardian, forward copies of guardianship papers.

Phone # Day ( )   Eve ( )

## 3 LIFE INSURANCE

### BASIC BENEFITS
Grandparent Gifting ☐ Yes ☐ No

Kind of Basic Certificate Applied For ___   Amount $ ___   Kind of Term Rider ___   Amount $ ___

Flex Life    $ 25,000

### ADDITIONAL BENEFITS & RIDERS
☐ Yes ☐ No Automatic Premium Loan Feature
☐ Accidental Death Benefit (Amount to be calculated by Home Office)
☐ Waiver of Premium (Not on Adj. or Flex. Life)
☐ Additional Insurance Option Rider - $ ___
☒ Accelerated Benefit Rider (if benefit not wanted, write "NO." next to the box and have applicant initial the change)
☐ Payor Benefit — PAYOR MUST BE APPLICANT AND A MEMBER OF THIS SOCIETY (Ages 16-55)

Payor's Certificate Number ___

Payor's Date of Birth  Mo. ___ Day ___ Year ___ Age ___

Have you within the past five years been attended by or consulted a physician, suffered any illness or injury or been confined to a hospital for any cause? ☐ Yes ☐ No If yes, state date, nature of trouble, name of hospital and name of attending or consulting physician(s):

**Additional Benefits and Riders for ADJ. AND FLEX. LIFE PLANS ONLY**
☒ Include Cash Value
☐ Exclude Cash Value
☐ Waiver of Monthly Deduction
☐ 2x Waiver of Monthly Deduction
☐ Cost of Living Adjustment Rider (COLA)

### Refund Option*
☐ Cash
☐ Paid-Up Additions
☐ Left with the Society at Interest
☐ Used to purchase a combination of One Year Term and Paid-Up Additional Insurance (Available with LP95/Life/Term Plan at issue only)

**AVAILABLE FOR ADJ. AND FLEX. PLANS ONLY**
☐ MINI-PAY—Refund values to be used to pay premiums in later years if available with option selected (paid-up additions or left with interest).

**Used as Additional Premium AFTER maximum cash value, refunds to be (Choose One):**
☐ Paid in Cash
☒ Used to Purchase Additional Insurance
☐ Left with the Society at Interest

*If no option is checked or the option checked is not available or more than one option is checked, refunds will be left with the Society at interest on renewable term plans, used as additional premium for adjustable life and flexible life plans or used to buy paid-up additions on all other plans.

---

Form 3035 TX   Apr.3.2.1.8 (1) 2/98

Anna M McDonald   11/20/2002 06:41:32 PM   Texas

6192445

## 4 LODGE MEMBERSHIP

A. Is the proposed insured now a member of this Society? .................................... ☐ Yes ☒ No

If Yes, Current Lodge No. ______________ State ______________

B. Membership for this certificate to be placed in Lodge Number 4649 State TX Location Madisonvil

If 4B is different than 4A, should current membership be transferred to the new lodge? .................. ☐ Yes ☒ No

## 5 PREMIUM DEPOSIT

☒ 1. Cash or Check ☐ 2. Refunds on Deposit ☐ 3. Cash Surrender Value ☐ 4. Credit Card ☐ 5. No premium deposit has been paid.

$ ___,_70.67 and $ _1.50 fraternal dues as payment for 01 months

**If 1-4 is selected, detach and give conditional receipt to applicant; if 2, 3 or 4 is selected, also submit proper authorization.**

P.A.C. OR payroll deduction authorizations OR 1035 exchange requests to companies other than this Society are NOT premium deposits for RECEIPT AND CONDITIONAL INSURANCE AGREEMENT purposes.

Advanced Premiums: $ ___,___.__

☐ No future payments until advanced premium depleted.

☐ Continue payments with no future advanced premiums included.

☐ $ ____________ Additional advanced premium per payment mode.

## 6 FUTURE BILLINGS

Billing Method: (Choose One)

☒ New P.A.C. plan (enclose Form 98D)

☐ Add to present P.A.C. plan (list one certificate number currently being paid on plan)

CERTIFICATE NO. ______________

Date of Monthly PAC draw 1st ☐ 15th ☒ - (to be drawn prior to month due)

Payor's Name: Anna Marie Mc Donald

Payor's Signature: *Anna Marie McDonald*

Bank Acct. No.: REDACTED

☐ Direct Bill

☐ Group Bill*

☐ Business Employee Payroll Deduction*

☐ Society Employee Payroll Deduction*

☐ Government Allotment (Military)

☐ Civil Service

* (enclose proper authorizations)

Billing Frequency: (Choose One) ☐ Annually ☐ Semiannually ☐ Quarterly ☒ Monthly ☐ No Future Billing

For Adj. and Flex. Life Only — Future Planned Premium, excluding fraternal dues for selected mode $ ___,_70.67

## 7 BENEFICIARY IF LISTING MORE THAN ONE, DESIGNATE: (TO SHARE EQUALLY OR PRIMARY/ALTERNATE)

| Name (Always show GIVEN name.) | ADDRESS | SOCIAL SECURITY NO. | RELATIONSHIP TO PROPOSED INSURED | AGE or D.O.B. |
|---|---|---|---|---|
| See additional page. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Death Proceeds will be paid in one sum unless one of the following settlement options is selected: (the options are described more fully in the benefit certificate)

MY PRIMARY BENEFICIARY IS TO BE PAID AS FOLLOWS: ☒ One Sum; Option 1 Fixed Period in ______ equal ______ Instal.; Option 2 Life Income ________ mos. certain; Option 3 Fixed Amt. $ ______ per ______; Option 4 ☐ Left with Society at Interest

MY ALTERNATE BENEFICIARY IS TO BE PAID AS FOLLOWS: ☒ One Sum; Option 1 Fixed Period in ______ equal ______ Instal.; Option 2 Life Income ________ mos. certain; Option 3 Fixed Amt. $ ______ per ______; Option 4 ☐ Left with Society at Interest

After the proposed insured's death, the beneficiary will have the right to change the option selected above. If the applicant elects not to allow the beneficiary to change the option, written notice must be submitted to the home office within the lifetime of the applicant.

If any portion of the death proceeds shall be left on deposit, the interest payments will be annually unless otherwise stated. The beneficiary will have the right of withdrawal in amounts not less than $250.

Form 3055 TX

**PART II**

## 8 TOBACCO USAGE (Complete for all proposed insureds age 20 and over.)

In the past 12 months, have you used tobacco in any form, such as cigarettes, pipe, cigars, snuff or chewing tobacco OR smoking cessation products such as nicotine patches or nicotine gum? ☐ Yes ☒ No

If yes, date last used? Mo. ___ Yr. 11 2002 Indicate form(s) used Cigarettes. If cigarettes, how many packs per day? 1

## 9 REPLACEMENT

A. Will any existing life, health or annuity contracts be replaced or changed if the proposed Certificate is issued? ☐ Yes ☒ No

B. Will a 1035 exchange be involved? (Must Submit Authorization) ☐ Yes ☒ No

C. Will proposed Certificate be financed by loans from any other Certificate or Policy? ☐ Yes ☒ No

D. If A, B, or C above is answered "Yes," provide policy number and company name below and forward applicable replacement forms, if any.

| (POLICY NUMBER) | (COMPANY NAME) | (ADDRESS/CITY/STATE/ZIP) |
|---|---|---|
| | | |
| (POLICY NUMBER) | (COMPANY NAME) | (ADDRESS/CITY/STATE/ZIP) |
| | | |

## 10 INSURANCE NOW IN FORCE OR APPLIED FOR

Existing/Pending Life Coverage: ☒ Check here if "None"

| Name of Company and Policy # (Including Group) | Life Amount | Accidental Death Amount | Kind | Year of Issue |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## 11 OCCUPATION (Complete for all proposed insureds age 16 and over.)

| Name of Employer & Nature of Business | Address of Business | How Long in Present Occupation | Occupation | Annual Income (from State) |
|---|---|---|---|---|
| Madison St. Joseph Trauma center | P.O.Box 698 Madisonville, TX 7864 | 13 Yr(s) on mo(s) | [REDACTED] | [REDACTED] |

Your Occupation and Duties: E R Director (If disabled, complete Section 14, #D)

Previous Occupation: Name ___

Does your occupation require you to travel to any foreign country? ☐ Yes ☒ No (If Yes, submit a current Travel Questionnaire.)

## 12 NONMEDICAL (Complete for all proposed insureds age 14 and over.)

A. Driver's license/permit number and state in which issued? [REDACTED] TX  If no license, explain below.

B. Has the proposed insured ever had a license/permit suspended or revoked? ☐ Yes ☒ No

C. Has the proposed insured had any moving traffic violations or traffic accidents within the past three years? ☐ Yes ☒ No

D. Has the proposed insured been convicted of driving while intoxicated or under the influence of a narcotic drug? ☐ Yes ☒ No

E. Has the proposed insured been convicted of a crime within the past 10 years, or currently awaiting trial for any crime? ☐ Yes ☒ No

F. Is the proposed insured currently on probation or parole? ☐ Yes ☒ No

If any question B-F has been answered "YES" give dates and full details.

G. In the past 3 years have you participated in aviation as a pilot, crew member or student or do you contemplate doing so? (If Yes, submit a current Aviation Questionnaire.) ☐ Yes ☒ No

H. In the past 3 years have you participated in racing of any type, skin or scuba diving, mountain climbing, hang-gliding, bungee jumping or skydiving or do you contemplate doing so? (If Yes, submit a current Avocation Questionnaire.) ☐ Yes ☒ No

## 13 YOUTH INFORMATION (Complete for all proposed insureds age 0-15.)

A. Does the child live with natural parent(s)? ☐ Yes ☐ No (If "NO," state the reason here. Note signature instructions in Section #14.)

B. Does child have brothers and/or sisters? ☐ Yes ☐ No (If "YES," indicate amount of coverage carried on each child and their ages.)

C. State amount of insurance carried by Father $ ___   State amount of insurance carried by Mother $ ___

619 2445

6192445

**14 *MEDICAL*** **If proposed insured is age 0-15, questions 1 through 8 are to be answered by whoever has the best knowledge of the child's health history. (Usually the person with whom the child resides.)**

REDACTED

[redacted]

**GIVE DETAILS OF ALL "YES" ANSWERS, INCLUDING ALL DATES, DIAGNOSES, DURATION, OUTCOME AND THE NAMES, ADDRESSES AND TELEPHONE NUMBERS OF ALL ATTENDING PHYSICIANS, CLINICS, AND HOSPITALS.**

**See additional page.**

**Sign here only if Proposed Insured is age 0-15. (See instructions next to #14)**
**I have completed the answers in item #14 above and agree they are true and complete to the best of my knowledge.**

Signature | Printed Signature | Relationship to child | Date

9. FAMILY RECORD: Show age and present health, if deceased show age at death and cause of death.

| | Age | Present Health | Cause of Death | Brothers & Sisters | Ages | Present Health or Cause of Death |
|---|---|---|---|---|---|---|
| Father | 76 | **Deceased** | **Cancer** | No. living 1 | | **See additional page.** |
| Mother | 8 | **Deceased** | **Cancer** | No. deceased | | |

6192445

# ADDITIONAL APPLICATION PAGE

**BENEFICIARY:**
**Bene Type[Pri] Name[Owen C Mc Donald] Address[8306 Rocky Ridge Lane, Madisonville, TX, 77864] SSN**REDACTED **Relationship[Spouse] Age[64] Type[Per Stirpes].**
**Bene Type[Alt] Name[Margaret S Backlund] Address[8306 Rocky Ridge Lane, Madisonville, TX, 77864] SSN**REDACTED **Relationship[Daughter] Age[34] Type[Per Stirpes].**

**FAMILY RECORD:**
**Sibling #1 Age [58] Sibling #1 Present Health [Good Health]**

**DIAGNOSTIC TESTS:**
**Physician/Clinic [Dr. Bob Jones, P.o.box 698, Madisonville, Texas, 77864, Tel: 9363483418] Date from [08/01/2002] Date to [08/01/2002] Diagnoses [Blood tests] Outcome [Normal]**

**FS** *FOR ADJUSTABLE LIFE AND FLEXIBLE LIFE ONLY*

If the initial premium received with this application exceeds the amount allowed by the Internal Revenue Code (IRC) and would cause the certificate, if issued, to be classified as a modified endowment, I choose ONE of the following:

☐ Allow the certificate to become a modified endowment (excess premium added to certificate value).

☒ Not allow the certificate to become a modified endowment (excess premium placed in advance premium fund). By choosing this option, I understand that the money placed in this fund will earn a competitive rate of interest. I understand that the interest earned on the money in the advance premium fund will be annually reported to the IRS. Woodmen is authorized to automatically transfer money from the advance premium fund to the cash value fund once a year. The amount transferred each year will not exceed the maximum amount allowed by the IRC.

**16** *THE APPLICANT'S AGREEMENT*

I authorize any physician, other medical or medically-related facility, insurer or reinsurer, consumer protection agency, the Medical Information Bureau, or other insurance support organization, insurance agent or employer which has records of me (and/or the child), to give to Woodmen of the World Life Insurance Society or its reinsurers any requested information (defined below) about me (and/or the child) for the purposes of evaluating my application to determine the child's) insurability for insurance. "Information" means facts relative to age, general character, finances, occupation and employment, other insurance coverage, participation in hazardous activities, or the medical care, advice, treatment or supplies furnished with respect to any physical or mental condition, including information relating to mental illness, the use of drugs or alcohol, communicable diseases, including HIV status, hepatitis or venereal diseases.

I authorize Woodmen of the World Insurance Society to request an investigative consumer report or telephone inspection about me (and/or the child).

I understand that I will be given a copy of this authorization at my request and can elect to be interviewed if an investigative consumer report is prepared. I have received a copy of the "Notice Relating to the Medical Information Bureau," and "Notice Required Under the Fair Credit Reporting Act."

The Living Care Accelerated Benefit Disclosure Statement has been given to me, the applicant, if applicable.

I have read the answers written in this application including those given in Part II. I ratify and agree to be bound by such answers and agree that they are true and complete to the best of my knowledge and belief. I agree as follows:

1. Notice to or knowledge of any field representative or medical examiner as to information which relates to the proposed insured will not be notice to the Society unless it is in writing in this application.

2. Except for coverage which may be provided in the CONDITIONAL INSURANCE AGREEMENT, no insurance will be in force because of this application until it has been approved and at least one monthly premium has been paid to the Society.

3. Field Representatives do not have authority (a) to determine insurability; (b) to change any terms of this application; (c) to make a contract for the Society; (d) to waive any rights or requirements of the Society. I understand that oral statements between the Field Representative and myself regarding such matters of limited authority are not binding on the Society unless accepted by the Society in writing.

I agree to be bound by this application and the life insurance certificate for which I am applying. I also agree to be bound by all obligations of membership as set forth in Woodmen's Articles of Incorporation and its Constitution and Laws and acknowledge Woodmen's common bond and purpose.

Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against an insurer and submits an application or files a claim containing a false or deceptive statement may be guilty of insurance fraud.

This authorization is valid for 30 months from the date it is signed and a copy is as valid as the original.

**Certificate Instructions** - You must cross out the language in this box if you (and/or the child) have been notified by the IRS that you (and/or the child) are currently subject to backup withholding because of underreporting interest or dividends on a tax return.

Under penalties of perjury, I, the undersigned applicant, certify (1) the number(s) shown on this application represents my (and/or the child's) correct Taxpayer Identification Number (TIN) AND (2) I (and/or the child) am not subject to backup withholding because: (a) I (and/or the child) am exempt from backup withholding, or (b) I (and/or the child) have not been notified by the IRS that I (and/or the child) am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me (and/or the child) that I (and/or the child) am no longer subject to backup withholding.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signed at _Madisonville, TX_ , Dated _12-20-02_ .

_[signature]_

Signature of Applicant (Age 16 and over)

Additional Signature if Required

Witness

Additional Witness if Required

Form 5055 TX   Apr 3.2.1.8   (1)   Texas   11/20/2002 08:47:32 PM   Anna M McDonald   (1)   8/96

6192445

Apx 3.2.1.5 (1)   Texas   11/20/2021 08:47:32 PM   Anna M McDonald (1)

619 2445

## PARENT OR LEGAL GUARDIAN'S CONSENT

**To be completed only when the applicant is not a natural parent, adoptive parent or legal guardian.**

I, the parent or legal guardian, give my consent to this application on the child's life and the beneficiaries as designated.

Furthermore, I authorize any physician, other medical professional, hospital, clinic, other medical or medically-related facility, insurer or reinsurer, consumer protection agency, the Medical Information Bureau, or other insurance support organization, its reinsurers any requested information (defined below) about the child for the purposes of evaluating this application to determine the child's insurability for insurance. "Information" means facts relative to age, general character, finances, occupation and employment, other insurance coverage, participation in hazardous activities, or the medical care, advice, treatment, or supplies furnished with respect to any physical or mental condition, including information relating to mental illness, the use of drugs or alcohol, communicable disease, including HIV status, hepatitis or venereal diseases.

I hereby authorize the Woodmen of the World Life Insurance Society to request an investigative consumer report or telephone inspection about me, and the child.

I understand that I will be given a copy of this authorization at my request and can elect to be interviewed if an investigative consumer report is prepared. I have received a copy of the ''Notice Relating to the Medical Information Bureau,'' and ''Notice Required Under the Fair Credit Reporting Act.''

**This Authorization is valid from the date it is signed and a copy is as valid as the original.**

**Certification Instructions—You must cross out the language in item (2) within this box if the child has been notified by the IRS that the child is currently subject to backup withholding because of underreporting interest or dividends on a tax return.**

Under penalties of perjury, I, the undersigned parent or legal guardian, certify (1) the number shown on this application represents the correct Taxpayer Identification Number (TIN) of the proposed insured child AND (2) the child is not subject to backup withholding because: (a) the child is exempt from backup withholding, or (b) the child has not been notified by the IRS that he/she is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified the child that he/she is no longer subject to backup withholding.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

_____     _____
Signature of Parent or Legal Guardian          Date

_____     _____
Witness          Relationship to the Proposed Insured Child
                 (If Legal Guardian, forward copies of guardianship papers)

## FIELD REPRESENTATIVE'S CERTIFICATION

1. Did applicant sign in your presence? (If no, submit a written explanation with the application.) .......... ☑ Yes ☐ No

2. Names and addresses of references:

   a. _____

   b. _____

3. Do you have knowledge or reason to believe that replacement of existing insurance may be involved? ....... ☐ Yes ☑ No

   (If ''YES'', forward applicable replacement forms, if any.)

FR Code  420003

_____
Field Representative's Signature

_____
Field Representative's Name Printed



WoodmenLife®

Woodmen of the World Life Insurance Society
1700 Farnam Street, Omaha, NE 68102-2025
1-800-225-3108
woodmenlife.org

ORIGIN ID:FWHA        (817) 635-7300
JANIE RIOS
MCDOWELL HETHERINGTON LLP
1000 BALLPARK WAY
SUITE 209
ARLINGTON, TX 76011
UNITED STATES US

SHIP DATE: 15AUG24
ACTWGT: 1.00 LB
CAD: 10042828/NET4535

RECEIVED

BILL SENDER

TO  **U.S. DISTRICT CLERKS OFFICE**

AUG 16 2024

CLERK, U.S. DISTRICT COURT
**262 WEST NUEVA STREET, ROOM 1400**WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

**SAN ANTONIO TX 78207**
(210) 472-6550
INV:                          REF: 4136.000004
PO:                           DEPT:



FedEx
Express

E

(CV-9)

FRI - 16 AUG 10:30A
PRIORITY OVERNIGHT

TRK#
0201    **7780 0097 0681**

**AR SVZA**                    **78207**
                        TX-US    **SAT**



**This envelope is only for FedEx Express® shipments.**
You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

Check your FedEx Express shipping document, the current FedEx Service Guide, or the conditions of carriage for complete terms, conditions, and